B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Western District of Arkansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>R G & G, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>48-1261153 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3102 N. Oakland Zion Road<br>Fayetteville, AR<br>ZIP Code 72703 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Washington | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 310<br>Fayetteville, AR<br>ZIP Code 72702 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                     **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | R G & G, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

   ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

   _____
   (Name of landlord that obtained judgment)

   _____
   (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                           **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | R G & G, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Jill Jacoway
Signature of Attorney for Debtor(s)

Jill Jacoway
Printed Name of Attorney for Debtor(s)

Jacoway Law Firm, Ltd.
Firm Name

223 S. East Avenue
P.O. Drawer 3456
Fayetteville, AR 72702
Address

Email: jacowaylaw@sbcglobal.net
(479) 521-2621  Fax: (479) 521-1465
Telephone Number

March 28, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Fredrick Lee Robertson
Signature of Authorized Individual

Fredrick Lee Robertson
Printed Name of Authorized Individual

_____
Title of Authorized Individual

March 28, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Arkansas

In re    R G & G, Inc.                 Case No. _____

                           Debtor(s)         Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AR Dept. of Finance <br> Motor Fuel Tax Section <br> P.O. Box 8090 <br> Little Rock, AR 72203-8090 | AR Dept. of Finance <br> Motor Fuel Tax Section <br> P.O. Box 8090 <br> Little Rock, AR 72203-8090 | debt of Northwest Oil Company, Inc. | | 288,243.02 |
| BP Products North America <br> 12719 Collections Center Drive <br> Chicago, IL 60693 | BP Products North America <br> 12719 Collections Center Drive <br> Chicago, IL 60693 | debt of Northwest Oil Company, Inc. | | 459,000.00 |
| Carol Lindley <br> McIntosh County Treasurer <br> P.O. Box 547 <br> Eufaula, OK 74432 | Carol Lindley <br> McIntosh County Treasurer <br> P.O. Box 547 <br> Eufaula, OK 74432 | debt of Northwest Oil Company, Inc. | | 1,021.00 |
| Cherokee County Treasurer <br> Inez Peach, Treasurer <br> 213 W. Delaware, Room 207 <br> TAHLEQUAH, OK 74464 | Cherokee County Treasurer <br> Inez Peach, Treasurer <br> 213 W. Delaware, Room 207 <br> TAHLEQUAH, OK 74464 | debt of Northwest Oil Company, Inc. | | 2,909.50 |
| First Security Bank <br> P.O. BOX 1009 <br> Searcy, AR 72145 | First Security Bank <br> P.O. BOX 1009 <br> Searcy, AR 72145 | debt of Northwest Oil Company, Inc. | | 12,365.04 |
| First Security Bank <br> P.O. BOX 1009 <br> Searcy, AR 72145 | First Security Bank <br> P.O. BOX 1009 <br> Searcy, AR 72145 | debt of Northwest Oil Company, Inc. | | 5,274.18 |
| First Security Bank <br> P.O. BOX 1009 <br> Searcy, AR 72145 | First Security Bank <br> P.O. BOX 1009 <br> Searcy, AR 72145 | debt of Northwest Oil Company, Inc. | | 454,848.93 |
| First Security Bank <br> P.O. BOX 1009 <br> Search, AR 72145 | First Security Bank <br> P.O. BOX 1009 <br> Search, AR 72145 | debt of Northwest Oil Company, Inc. | | 124,267.40 |
| Gary Williams Energy Corp. <br> 1207 Sovereign Row <br> Oklahoma City, OK 73108 | Gary Williams Energy Corp. <br> 1207 Sovereign Row <br> Oklahoma City, OK 73108 | debt of Northwest Oil Company, Inc. | | 525,039.39 |
| Hooten Equipment <br> P.O. Box 1550 <br> Springdale, AR 72765 | Hooten Equipment <br> P.O. Box 1550 <br> Springdale, AR 72765 | debt of Northwest Oil Company, Inc. | | 5,685.52 |
| Hughest Network Systems, Inc. <br> P.O. Box 96874 <br> Chicago, IL 60693-6874 | Hughest Network Systems, Inc. <br> P.O. Box 96874 <br> Chicago, IL 60693-6874 | debt of Northwest Oil Company, Inc. | | 11,401.97 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   R G & G, Inc.                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service<br>P.O.Box 8208<br>Philadelphia, PA 19101-8208 | Internal Revenue Service<br>P.O.Box 8208<br>Philadelphia, PA 19101-8208 | | | 34,443.07 |
| MISsouri Department of Revenue<br>Sales Tax Section<br>P.O. Box 3360<br>Jefferson City, MO 65105-3360 | MISsouri Department of Revenue<br>Sales Tax Section<br>P.O. Box 3360<br>Jefferson City, MO 65105-3360 | debt of Northwest Oil Company, Inc. | | 1,106.09 |
| Missouri Dept. of Revenue<br>P.O. Box 999<br>Jefferson City, MO 65108-0999 | Missouri Dept. of Revenue<br>P.O. Box 999<br>Jefferson City, MO 65108-0999 | debt of Northwest Oil Company, Inc. | | 635.00 |
| Roy's Backhoe Service<br>14205 S HWY 102<br>Shawnee, OK 74804 | Roy's Backhoe Service<br>14205 S HWY 102<br>Shawnee, OK 74804 | debt of Northwest Oil Company, Inc. | | 13,050.00 |
| Sinclair Oil Corp<br>P.O. Box 31826<br>Salt Lake City, UT 84131-0826 | Sinclair Oil Corp<br>P.O. Box 31826<br>Salt Lake City, UT 84131-0826 | debt of Northwest Oil Company, Inc. | | 428,084.81 |
| The Bank of Fayetteville<br>1 South Block<br>Fayetteville, AR 72701 | The Bank of Fayetteville<br>1 South Block<br>Fayetteville, AR 72701 | debt of Northwest Oil Company, Inc. | | 1,923,878.72 |
| The Southern Company of NLR<br>1201 Cypress Street<br>N. Little Rock, AR 72114 | The Southern Company of NLR<br>1201 Cypress Street<br>N. Little Rock, AR 72114 | debt of Northwest Oil Company, Inc. | | 918.33 |
| Trux Trailer & Tractor Repair Inc.<br>900 Northwest Bypass<br>Springfield, MO 65802 | Trux Trailer & Tractor Repair Inc.<br>900 Northwest Bypass<br>Springfield, MO 65802 | debt of Northwest Oil Company, Inc. | | 1,541.58 |
| Valero Marketing & Supply Co.<br>P.O. Box 696000<br>San Antonio, TX 78269-6000 | Valero Marketing & Supply Co.<br>P.O. Box 696000<br>San Antonio, TX 78269-6000 | debt of Northwest Oil Company, Inc. | | 111,050.94 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   March 28, 2011                          Signature   /s/ Fredrick Lee Robertson
                                                            Fredrick Lee Robertson

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

AR Dept. of Finance
Motor Fuel Tax Section
P.O. Box 8090
Little Rock, AR 72203-8090


AR Dept. of Finance & Admn.
Sales Tax Section
PO Box 3861
Little Rock, AR 72203-3861


Arkansas Western Gas
P.O. Box 660559
Dallas, TX 75266-0559


AT&T
P.O.Box 105414
Atlanta, GA 30348-5414


BP Products North America
12719 Collections Center Drive
Chicago, IL 60693


Carol Lindley
McIntosh County Treasurer
P.O. Box 547
Eufaula, OK 74432


CenturyLink
P.O. Box 4300
Carol Stream, IL 60197-4300


Cherokee County Treasurer
Inez Peach, Treasurer
213 W. Delaware, Room 207
TAHLEQUAH, OK 74464


Cintas Corp #065
P.O. Box 88005
Chicago, IL 60680-1005


Cintas Corp #569
P.O. Box 88005
Chicago, IL 60680-0115

City Lumber Co., Inc.
P.O. Box 808
Fayetteville, AR 72702


Cox Communications
P.O. Box 248871
Oklahoma City, OK 73124-8871


Federal Health
P.O. Box 678203
Dallas, TX 75267-8203


First Security Bank
P.O. BOX 1009
Searcy, AR 72145


First Security Bank
P.O. BOX 1009
Search, AR 72145


Gary Williams Energy Corp.
1207 Sovereign Row
Oklahoma City, OK 73108


Glenn Scott
Muskogee County Treasurer
P.O. Box 1587
Muskogee, OK 74432


Greg Jones, Attorney
112 S. East Avenue
P.O. Box 1284
Fayetteville, AR 72702


Hooten Equipment
P.O. Box 1550
Springdale, AR 72765


Hughest Network Systems, Inc.
P.O. Box 96874
Chicago, IL 60693-6874


Internal Revenue Service
P.O.Box 8208
Philadelphia, PA 19101-8208

Jeff Gaddy
4501 E. Gulley
WC 345
Fayetteville, AR 72703


John Elrod, Attorney
Conner & Winters
4375 N. Vantage Dr., Ste. 405
Fayetteville, AR 72703


Joshua Wisely, Attorney
Conner & Winters
4375 N. Vantage Dr., Ste. 405
Fayetteville, AR 72703


Liberty Bank
3395 West Sunset Ave.
Springdale, AR 72762


MISsouri Department of Revenue
Sales Tax Section
P.O. Box 3360
Jefferson City, MO 65105-3360


Missouri Dept. of Revenue
P.O. Box 999
Jefferson City, MO 65108-0999


Neopost
P.O. Box45800
San Francisco, CA 94145-0800


O'Reilly Auto Parts
P.O. Box 1156
Springfield, MO 65801


PF Services
P.O. Box 30813
Edmond, OK 73003


Phillips

Print Shop Plus
300 8th Street, Ste. G
Monett, MO 65708


Ria Marshall
Wagoner County Treasurer
307 E. Cherokee Street
Wagoner, OK 74467-4729


Roy's Backhoe Service
14205 S HWY 102
Shawnee, OK 74804


Russell Atchley
234 E Millsap Road
Suite 400
Fayetteville, AR 72703-4099


Shred It
7705 Northshore Place
North Little Rock, AR 72118


Sinclair Oil Corp
P.O. Box 31826
Salt Lake City, UT 84131-0826


Terry Pool
234 E Millsap Road
Suite 400
Fayetteville, AR 72703-4099


The Bank of Fayetteville
1 South Block
Fayetteville, AR 72701


The Southern Company of NLR
1201 Cypress Street
N. Little Rock, AR 72114


THE UPS Store #2662
1722 N College Ave., Ste C
Fayetteville, AR 72703

```
Trux Trailer & Tractor Repair Inc.
900 Northwest Bypass
Springfield, MO 65802


Valero Marketing & Suppy Co.
P.O. Box 696000
San Antonio, TX 78269-6000
```

# United States Bankruptcy Court
## Western District of Arkansas

In re  R G & G, Inc.

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   R G & G, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 28, 2011

Date

/s/ Jill Jacoway

Jill Jacoway
Signature of Attorney or Litigant
Counsel for   R G & G, Inc.
Jacoway Law Firm, Ltd.
223 S. East Avenue
P.O. Drawer 3456
Fayetteville, AR 72702
(479) 521-2621 Fax:(479) 521-1465
jacowaylaw@sbcglobal.net